IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–2–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER RENEE HAWKES, | |
| Defendant. | |

Defendant Jennifer Renee Hawkes, having moved unopposed to dismiss her motion for retroactive application of the sentencing guidelines pursuant to Amendment 821 under 18 U.S.C. § 3582(c),

IT IS ORDERED that her motion (Doc. 191) is GRANTED. Hawkes' motion to reduce her sentence (Doc. 188) is DISMISSED. All future deadlines related to the motion are VACATED as MOOT.

DATED this _____ day of March, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

1